# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH LINDQUIST, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01236-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| LILLIAN MARDIKIAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01246-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| ERNESTO MEDINA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01270-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| CHRISTINE NEUBAUER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01300-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| JUDE PALMER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC. and BANK OF AMERICA CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-01315-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |
| HOWARD SUH, individually and on behalf all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NCB MANAGEMENT SERVICES, INC.,<br><br>    Defendant. | Case No. 2:23-cv-01338-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

| | |
|---|---|
| KYLIE MEYER, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>NCB MANAGEMENT SERVICES, INC. and BANK OF AMERICA CORPORATION,<br><br>　　　Defendants. | Case No. 2:23-cv-01340-KNS<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### NCB MANAGEMENT SERVICES, INC.'S RESPONSE TO PLAINTIFFS' MOTION TO CONSOLIDATE ACTIONS AND SET RELATED DEADLINE AND TO APPOINT INTERIM CO-LEAD CLASS COUNSEL, PLAINTIFFS' LIAISON COUNSEL, AND PLAINTIFFS' STEERING COMMITTEE

Defendant, NCB Management Services, Inc. ("NCB"), hereby responds to Plaintiffs' Motion and joins in the Response previously filed by Defendant, Bank of America Corporation. NCB incorporates Bank of America's arguments and position regarding the Plaintiffs' Motion as if set forth herein in this response.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

　　　　　　　　　　　　　　　By:　*/s/ David J. Shannon*
　　　　　　　　　　　　　　　　　　　David J. Shannon (PA ID. 74393)
　　　　　　　　　　　　　　　　　　　Vlada Tasich (PA ID. 88679)
　　　　　　　　　　　　　　　　　　　Michael A. Salvati (PA ID. 311682)
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　NCB Management Services, Inc.
　　　　　　　　　　　　　　　　　　　2000 Market Street, Suite 2300
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　215-575-2600 (P)
　　　　　　　　　　　　　　　　　　　215-575-0856 (F)
　　　　　　　　　　　　　　　　　　　djshannon@mdwcg.com
　　　　　　　　　　　　　　　　　　　vxtasich@mdwcg.com
Date:　April 26, 2023　　　　　　　　masalvati@mdwcg.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant's Response to Plaintiffs' Motion to Consolidate Actions and Set Related Deadline and to Appoint Interim Co-Lead Class Counsel, Plaintiffs' Liaison Counsel and Plaintiffs' Steering Committee was served this date, via the court's electronic filing system, to all counsel of record.

                                                          **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: */s/ David J. Shannon*
      David J. Shannon (PA ID. 74393)
      Vlada Tasich (PA ID. 88679)
      Michael A. Salvati (PA ID. 311682)
      Attorneys for Defendant
      NCB Management Services, Inc.
      2000 Market Street, Suite 2300
      Philadelphia, PA  19103
      215-575-2600 (P)
      215-575-0856 (F)
      djshannon@mdwcg.com
      vxtasich@mdwcg.com

Date:   April 26, 2023      masalvati@mdwcg.com

LEGAL/153110247.v1